IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHNNY ADAM PARSONS                                              PLAINTIFF

v.                              Civil No. 12-5003

CHAPLAIN TRUEBLOOD; NURSE
RHONDA BRADLEY;  WASHINGTON COUNTY,
ARKANSAS; JAILER C. MORGAN;
DR. W.H. HOWARD; and DR. NEIL MULLINS                            DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis.*

A motion to dismiss (Doc. 33) the case due to a settlement has been filed.  The motion indicates the parties have reached a settlement agreement and the Plaintiff has executed a release.

I therefore recommend that the motion to dismiss (Doc. 33) be granted.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 4th day of December 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)