IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHNNY ADAM PARSONS                                          PLAINTIFF

            v.            Civil No. 12-5003

CHAPLAIN TRUEBLOOD;
NURSE RHONDA BRADLEY;
WASHINGTON COUNTY, ARKANSAS;
and JAILER C. MORGAN                                         DEFENDANTS

<u>O R D E R</u>

Now on this 23rd day of January, 2013, come on for consideration defendants' **Motion To Dismiss Due To Settlement** (document #33) and the **Report And Recommendation Of The Magistrate Judge** (document #34), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

IT IS THEREFORE ORDERED that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

IT IS FURTHER ORDERED that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion To Dismiss Due To Settlement** (document #33) is **granted**, and this matter is **dismissed**.

IT IS SO ORDERED.

  /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE